UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of Police for the CITY OF STOCKTON; JOHN GRIFFIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON; JASON SCHAFFER, individually and in his official capacity as a police officer for the CITY OF STOCKTON; THOMAS HESLIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON, JAMES MANOR, individually and in his official capacity as a police officer for the CITY OF STOCKTON and, Stockton police officers DOES 1-25, inclusive,<br><br>            Defendants. | No.  2:15-cv-00430-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE** |

1

The Status (Pretrial Scheduling) Conference scheduled for hearing on May 18, 2015, is continued to August 31, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve each defendant with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) and/or this action being dismissed.

To avoid dismissal of Defendants City of Stockton, Eric Jones, John Griffin, and/or Jason Schaffer, on or before June 26, 2015, Plaintiffs shall file proof of service for these defendants or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

Further, to avoid dismissal of Defendants Thomas Heslin and/or James Manor, on or before August 28, 2015, Plaintiffs shall file proof of service for these defendants or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: May 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge