UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA;<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of Police for the CITY OF STOCKTON; JOHN GRIFFIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON; JASON SCHAFFER, individually and in his official capacity as a police officer for the CITY OF STOCKTON; THOMAS HESLIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON, JAMES MANOR, individually and in his official capacity as a police officer for the CITY OF STOCKTON and, Stockton police officers DOES 1-25, inclusive,<br><br>        Defendants. | No. 2:15-cv-00430-GEB-KJN<br><br>**ORDER STRIKING PLAINTIFFS' SECOND AMENDED COMPLAINT** |

On July 13, 2015, Plaintiffs filed a Second Amended Complaint ("SAC") in this action. (ECF No. 10.) The SAC is stricken since it was not filed in compliance with Rule 15(a)(1).

Dated: July 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge