UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of Police for the CITY OF STOCKTON; JOHN GRIFFIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON; JASON SCHAFFER, individually and in his official capacity as a police officer for the CITY OF STOCKTON; THOMAS HESLIN, individually and in his official capacity as a police officer for the CITY OF STOCKTON, JAMES MANOR, individually and in his official capacity as a police officer for the CITY OF STOCKTON and, Stockton police officers DOES 1-25, inclusive,<br><br>        Defendants. | No. 2:15-cv-0430 GEB KJN<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

In light of the parties' stipulation filed on July 22, 2015, (ECF No. 14), Plaintiffs have seven days from the date on which this Order is filed to file the Second Amended Complaint that was stricken on July 15, 2015.

Dated:  July 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge