UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>      Plaintiffs,<br><br>  v.<br><br>ERIC JONES, individually; JOHN GRIFFIN, individually; THOMAS HESLIN, individually; JAMES MANOR, individually, JASON SCHAFFER, individually and Stockton police officers DOES 1-25, inclusive,<br><br>      Defendants.[*] | No. 2:15-cv-00430-GEB-KJN<br><br>**ORDER DENYING DEFENDANTS' DISMISSAL MOTION AS MOOT** |

      The pending motion to dismiss Plaintiffs' First Amended Complaint is denied as moot since Plaintiffs filed a Second Amended Complaint which is now the operative pleading. See <u>Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.</u>, 896 F.2d 1542,

---

[*] The caption has been modified to reflect the parties named in Plaintiffs' Second Amended Complaint, which no longer names City of Stockton as a Defendant, and also no longer names Eric Jones, John Griffin, Thomas Heslin, James Manor and Jason Schaffer in their official capacities.

1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); <u>see also</u> Fed. R. Civ. P. 15(a)(2)(stating "a party may amend its pleading . . . with the opposing party's written consent or the court's leave").

Dated:  July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge