```
JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200       Facsimile:  (510) 839-3882
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; et al.<br><br>Defendants. | Case No. **2:15-cv-00430-GEB-KJN**<br><br>**PETITION AND (PROPOSED) ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

1. Petitioner, Peneuila Nuu, is the grandmother of the minor plaintiff R.T.

2. This petition seeks the appointment of Peneuila Nuu as guardian ad litem for the above-named minor.  Said minor does not have a general guardian and no previous petition for appointment of a guardian ad litem for the above-named minor has been filed in this matter.

3. Plaintiff, R.T., is a minor, born in July 1998, and is now 16 years old.

4. The court should appoint a guardian ad litem because the above-named minor has causes of action on which suit has been brought for damages under 42 U.S.C. §1983 and under California

law.  The wrongful death and civil rights violations of her natural father, Matautu Nuu occurred on or about January 28, 2015, in the City of Stockton, California.  As a result of said civil rights violation, MATAUTU NUU died on or about January 28, 2015 in the City of Stockton, California.  Plaintiff R.T. was contemporaneously present and suffered severe emotional distress as a result of the Defendants' conduct.

      6. The proposed guardian ad litem is the grandmother of the minor.  The minor resides with the Petitioner at their residence in Stockton, California.  Petitioner is a responsible person and fully competent to act as the minor's guardian ad litem.

      7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person.

**LAW OFFICES OF JOHN L. BURRIS**

Dated: July 8, 2015      By:/s/ *Benjamin Nisenbaum*
      John L. Burris, Esq.
      Benjamin Nisenbaum, Esq.
      Attorney for Plaintiffs
      R.T., et al.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Date: _____
      Peneuila Nuu, Petitioner

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

Date: _____
      Peneuila Nuu, (Proposed) Guardian Ad Litem

# [PROPOSED] ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

Having considered the petition of Peneuila Nuu to be appointed as guardian ad litem for the minor plaintiff, R.T., and for good cause shown:

THE COURT ORDERS that Peneuila Nuu is hereby appointed as the guardian ad litem for the reasons set forth in the petition.

Dated: July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge