UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC JONES, individually; JOHN GRIFFIN, individually; THOMAS HESLIN, individually; JAMES MANOR, individually, JASON SCHAFFER, individually; and Stockton police officers DOES 1-25, inclusive;<br><br>    Defendants. | No.  2:15-cv-00430-GEB-KJN<br><br>**ORDER** |

         The Court declines to sign the stipulation and proposed order filed on September 15, 2015, (ECF No. 27), which concerns "an inadvertent clerical error in the answer to plaintiffs' second amended complaint," since the stipulation does not comply with Local Rule 220, which prescribes in relevant part: "every

1

1 | pleading to which an amendment or supplement is permitted . . .
2 | shall be retyped and filed so that it is complete in itself
3 | without reference to the prior or superseded pleading."
4 | Dated: September 18, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```