JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants Eric Jones, John Griffin, Jason Schaffer, Thomas Heslin, and James Manor

JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC JONES, individually, JOHN GRIFFIN, individually, JASON SCHAFFER, individually, THOMAS HESLIN, individually, JAMES MANOR, individually and, Stockton police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00430-GEB-KJN<br><br>**STIPULATION FOR CONTINUANCE OF DISCOVERY CLOSURE DEADLINE AND ORDER**<br><br><br><br><br><br>Complaint Filed: February 24, 2015<br>Trial Date: October 18, 2016 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through their attorney of record, BEN NISENBAUM, Law Offices of John Burris; and Defendants, by and through their

1  attorney of record, TED WOOD, City of Stockton, Office of the City attorney, that the following
2  deadlines be continued:
3      Discovery Completion:    May 27, 2016 (Prior date was April 15, 2016)
4      Expert Discovery Completion:    June 30, 2016 (No prior date)
5      No other deadlines are changed.
6      The parties have engaged in discovery in good faith. Additional time is necessary due to
7  the issues in the case. The original Scheduling Order did not provide a separate cut-off for
8  expert discovery vis-à-vis non-expert discovery. The parties stipulate this schedule will provide
9  the best opportunity to prepare for trial and get the case in the best possible position for
10 participation in a Settlement Conference.

Dated: March 28, 2016    Respectfully submitted,

JOHN M. LUEBBERKE
CITY ATTORNEY

By   */s/ Ted Daniel Wood*
    JAMES F. WILSON
    DEPUTY CITY ATTORNEY

Attorneys for Defendants

Dated: March 28, 2016    Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

By   */s/ Ben Nisenmaum*
    BEN NISENBAUM, Esq.
    Attorneys for Plaintiffs

///
///
///
///
///

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,** the Court hereby orders that the following deadlines be continued:

| | |
|---|---|
| Discovery Completion: | May 27, 2016 (Prior date was April 15, 2016) |
| Expert Discovery Completion: | June 30, 2016 (No prior date) |
| Last hearing date for a Motion | June 2, 2016 at 2:00 p.m. (Prior date May 16, 2016) |

No other deadlines are changed

Dated: April 11, 2016

Troy L. Nunley
United States District Judge