JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
BRYAN D. ROME, Deputy City Attorney
State Bar No. 292949
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, ERIC JONES, JOHN GRIFFIN, JASON SCHAFFER, THOMAS HESLIN, and JAMES MANOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ERIC JONES, individually, JOHN GRIFFIN, individually, JASON SCHAFFER, individually, THOMAS HESLIN, individually, JAMES MANOR, individually and, Stockton police officers DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-00430-TLN-KJN<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**<br><br><br><br><br>Complaint Filed: February 24, 2015<br><br>Trial Date: October 18, 2016 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through their attorney of record, BEN NISENBAUM, Law Offices of John Burris; and Defendants, by and through their attorney of record, BRYAN D. ROME, City of Stockton, Office of the City Attorney, that the following deadlines be continued:

   Discovery Completion:          June 27, 2016 (Prior date was May 27, 2016)

   No other deadlines are changed.

---
1

STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER

The parties have engaged in discovery in good faith. Depositions of Plaintiffs were previously scheduled to be completed on May 20, 2016; following a request from Plaintiffs' counsel, those depositions will be split over the course of two days and will conclude May 27, 2016. An extension of the close of discovery is necessary to allow the parties to resolve any disputes that arise during the course of the depositions. The parties stipulate that this schedule will provide the best opportunity to prepare for trial and get the case in the best possible position for participation in a Settlement Conference.

**IT IS SO STIPULATED.**

Dated: May 18, 2016                          Respectfully submitted,

                                             JOHN M. LUEBBERKE
                                             CITY ATTORNEY


                                             By    */s/ Bryan D. Rome*
                                                   BRYAN D. ROME
                                                   DEPUTY CITY ATTORNEY
                                                   Attorneys for Defendants


Dated: May 18, 2016                          Respectfully submitted,

                                             LAW OFFICES OF JOHN L. BURRIS

                                             By    */s/ Ben Nisenbaum*
                                                   BEN NISENBAUM, Esq.
                                                   Attorneys for Plaintiffs


## **ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,** the Court hereby orders that the following deadlines be continued:

    Discovery Completion:        June 27, 2016 (Prior date was May 27, 2016)

    No other deadlines are changed


Dated: May 19, 2016

                                             _____
                                             Troy L. Nunley
                                             United States District Judge

STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER