JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200          Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA;<br><br>            Plaintiffs,<br><br>      vs.<br><br>ERIC JONES, individually; JOHN GRIFFIN, individually; THOMAS HESLIN, individually; JAMES MANOR, individually, Stockton police officers DOES 1-25, inclusive,<br><br>            Defendants | Case No.  **2:15-cv-00430-TLN-DB**<br><br>**PETITION APPOINTING GUARDIAN AD LITEM AND APPROVING MINORS' COMPROMISE AND ORDER**<br><br>No hearing date set<br><br>Honorable Troy L. Nunley<br>United States District Judge |

Petitioner DANIEL OJEDA respectfully represents:

    1.    Petitioner DANIEL OJEDA is the natural father of minor plaintiff K.O.  Minor Plaintiff K.O. was born in June, 2002 and is presently 14 years old.

2. Minor Plaintiff K.O. has a cause of action for Negligent Infliction of Emotional Distress against the named defendants herein on which a lawsuit was brought in this court. She is the niece of Decedent MATAUTU NUU, and was contemporaneously present during the subject-incident.

3. All of the other plaintiffs in this case have similar Negligent Infliction of Emotional Distress claims.

4. Minor Plaintiff R.T. (who is now an adult), is Decedent's daughter and successor-in interest also has a Negligent Infliction of Emotional Distress claim; Fourth and Fourteenth Amendment claims; and state-law wrongful death claim;

5. Plaintiff PENEUILA NUU, Decedent's mother, who also has a Fourteenth Amendment claim; and MATAUAO NUU and KARISIMASI NUU, who are Decedent's brother and sister respectively, who both have Negligent Infliction of Emotional Distress claims only .

6. Plaintiffs' causes of action arise out an incident that occurred on January 27, 2015, in which Decedent MATAUTU NUU died after being shot numerous times by Defendants SCHAFFER and GRIFFIN.

7. No previous petition for appointment of Guardian Ad Litem has been filed in this matter.

8. Petitioner is willing to serve as Minor K.O.'s Guardian Ad Litem. Petitioner is fully competent to understand and protect the rights of the minor, and has no interest adverse to that of the minor.

9. Petitioner requests that he be appointed Guardian Ad Litem for his daughter, as denoted above, to prosecute the above-described causes of action on behalf of his daughter, as denoted above, and for such other relief as the Court may deem just and proper.

10. The parties in this case have reached settlement in this matter. The total settlement of the case is in the amount of $550,000, including all costs and attorneys' fees. The parties have agreed on apportionment of the $550,000 settlement. Of the total gross settlement amount, Minor Plaintiff K.O.'s gross settlement shall be $20,020.00 (3.64% of the total settlement);

| | |
|---|---:|
| Net Settlement: | $550,000.00 |
| Minor Plaintiff K.O.'s gross settlement (3.64%): | $ 20,020.00 |
| Attorney fees for Minor Plaintiff K.O. (25%): | $ 5,005.00 |
| Minor Plaintiff shall bear 3.64% of the $13,703.93 of total litigation cost: | $     498.82 |
| Minor Plaintiff K.O.'s net settlement: | $ 14,516.18 |

a. Pursuant to the contingency fee agreement in this case, attorney fees shall be 25% of the $20,020.00 total gross recovery for Minor Plaintiff K.O. for a total amount of $5,005.00.

b. Minor Plaintiff K.O. shall bear 3.64% of the $13,703.93 of litigation costs incurred by the Law Offices of John L. Burris for a total amount of $498.82.

c. Minor Plaintiff K.O.'s net settlement is $14,516.18.

d. Minor Plaintiff K.O.'s net settlement in the amount of $14,516.18 shall be placed in an FDIC insured court-blocked account, with distributions made only by Court order. All funds remaining in this FDIC insured court-blocked account shall be made available to Minor Plaintiff on her 18th birthday.

10. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. of Law Offices of John L. Burris also represents plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq. and Benjamin Nisenbaum, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

11. Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiff, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

12. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said minor plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 12, 2016                         /s/*Benjamin Nisenbaum*_____
                                                 Benjamin Nisenbaum
                                                 Attorney for Plaintiffs

**ORDER**

Plaintiff's Petition to Appoint DANIEL OJEDA as the guardian ad litem of his daughter, Minor Plaintiff K.O., in the instant matter is hereby Granted.

The Court hereby approves the minor's compromise according to the terms set forth in the instant petition to approve the minor's compromise.

IT IS SO ORDERED.

Dated: October 18, 2016

_____
Troy L. Nunley
United States District Judge