JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T., a minor, by and through her guardian ad litem PENEUILA NUU, individually and as successor-in-interest to Decedent MATAUTU NUU; PENEUILA NUU; MATAUAO NUU; KARISIMASI NUU; K.O., a minor, by and through her guardian ad litem, DANIEL OJEDA;<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC JONES, individually; JOHN GRIFFIN, individually; THOMAS HESLIN, individually; JAMES MANOR, individually, Stockton police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. **2:15-cv-00430-TLN**<br><br>**PETITION TO AMEND MINOR's COMPROMISE AND ORDER**<br><br>No hearing date set<br><br>Honorable Troy L. Nunley<br>United States District Judge |

The Court previously granted the petition to appoint DANIEL OJEDA as Minor Plaintiff K.O.'s Guardian Ad Litem and approved the compromise of Minor Plaintiff K.O.'s claims in this action (See Doc. No. 47). It has come to Plaintiff's counsel's attention that there was an error in the distribution amount for Minor Plaintiff K.O. Minor Plaintiff K.O. should have been assigned a somewhat greater share of the settlement, such that she would net approximately $20,000, instead of receiving a gross amount of $20,000 before attorney's fees and costs are applied.

1  The correct terms of Minor Plaintiff K.O.'s settlement are as follows:

| | |
|---|---|
| Net Settlement to all Plaintiffs: | $550,000.00 |
| Minor Plaintiff K.O.'s gross settlement (5%): | $ 27,500.00 |
| Attorney fees for Minor Plaintiff K.O. (25%): | $   6,875.00 |
| Minor Plaintiff K.O. prorata share of the $13,703.96 of total litigation costs: | $      625.00 |
| Minor Plaintiff K.O.'s net settlement: | $ 20,000.00 |

Minor Plaintiff K.O.'s net settlement of $20,000.00 shall be placed in an FDIC insured court-blocked account. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. of Law Offices of John L. Burris also represents plaintiff and agrees with the terms of this Petition. John L. Burris, Esq. and Benjamin Nisenbaum, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2016         /s/*Benjamin Nisenbaum*_____
                                Benjamin Nisenbaum
                                Attorney for Plaintiffs

**ORDER**

The Court hereby approves the amendment to the minor's compromise according to the terms set forth in the instant petition to amend the minor's compromise.

Minor Plaintiff K.O.'s net settlement of $20,000.00 shall be placed in an FDIC insured court-blocked account. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

IT IS SO ORDERED.

Dated: November 7, 2016

Troy L. Nunley
United States District Judge